UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD D. BURPEE,                                    No. C-12-3717 EMC (pr)

        Petitioner,

   v.                                                     **ORDER**

A. HEDGPETH, Warden,

        Respondent.
_____/

       On August 1, 2012, the Court issued an Order to Show Cause, requiring Respondent to show cause why a writ of habeas corpus should not be issued. Due to an oversight at the courthouse, that Order to Show Cause and the petition were not served on Respondent. Accordingly,

       1.     The Clerk shall serve a copy of this Order, the Order to Show Cause, the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

       2.     The deadlines in the Order to Show Cause are now reset to the following dates: Respondent must file and serve his answer on or before **December 21, 2012**. Petitioner must file and serve his traverse on or before **February 1, 2013.**

       IT IS SO ORDERED.

Dated: October 29, 2012

_____
EDWARD M. CHEN
United States District Judge