**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7
8    TODD D. BURPEE,                                    No. C-12-3717 EMC (pr)

9              Petitioner,

10        v.                                            **ORDER**

11   A. HEDGPETH, Warden,

12              Respondent.
     _____/

13

14        On August 1, 2012, the Court issued an Order to Show Cause, requiring Respondent to show

15   cause why a writ of habeas corpus should not be issued.  Due to an oversight at the courthouse, that

16   Order to Show Cause and the petition were not served on Respondent.  Accordingly,

17        1.      The Clerk shall serve a copy of this Order, the Order to Show Cause, the petition and

18   all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the

19   State of California.

20        2.      The deadlines in the Order to Show Cause are now reset to the following dates:

21   Respondent must file and serve his answer on or before **December 21, 2012**.  Petitioner must file

22   and serve his traverse on or before **February 1, 2013.**

23        IT IS SO ORDERED.

24

25   Dated:  October 29, 2012

26

27                                                      _____
                                                        EDWARD M. CHEN
                                                        United States District Judge
28