UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD D. BURPEE,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGPETH, Warden,<br><br>    Respondent.<br>_____/ | No. C-12-3717 EMC (pr)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

This petition for writ of habeas corpus was denied on the merits on December 20, 2013, and the Court declined to issue a certificate of appealability. Petitioner has now filed a motion for a certificate of appealability. The motion (Docket No. 36) is **DENIED** for the reasons set forth before and as this is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: January 28, 2014

                                                _____<br>
                                                EDWARD M. CHEN<br>
                                                United States District Judge